UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

------------------------------------------------------------ x
GARY KULAK, et al.,                      :
                                         :
        Plaintiff,               :
                                         :
v.                                       :   Civil Action No. H00CV1371
                                         :
ANTHONY J. POMPLIANO, et al.,            :
                                         :
        Defendants.             :
------------------------------------------------------------ x

## ORDER

Upon consideration of the Stipulation Extending Time for Filing a Responsive Pleading, it is hereby

ORDERED that defendants' last day to move, answer or otherwise respond to plaintiffs' Class Action Complaint in the above-captioned matter shall be extended to the date 45 days after the later of:

1. Appointment of Lead Plaintiff(s) and Lead Counsel pursuant 15 U.S.C. § 78u-4(a)(3); or

2. The filing of a consolidated amended complaint in this action.

May 24, 2000
_____
Date

SO ORDERED: _____
United States District Judge